**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Cyrus BRASWELL, Defendant—**
**Appellant.**

No. 08–30332.

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 14, 2009.*

Filed Oct. 5, 2009.

Retta–Rae Randall, Assistant U.S., Office of the U.S. Attorney, Anchorage, AK, for Plaintiff–Appellee.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed.

R.App. P. 34(a)(2).

Cyrus Braswell, Pekin, IL, pro se.

Before: SILVERMAN, RAWLINSON, and CLIFTON, Circuit Judges.

### MEMORANDUM **

Cyrus Braswell appeals pro se from the district court's order granting his 18 U.S.C. § 3582(c)(2) motion for reduction of sentence. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

■ Braswell contends that he was denied his Sixth Amendment right to self-representation during his § 3582(c)(2) proceeding to modify his sentence. Assuming *arguendo* that the district court erred by not granting his request, any error was harmless because the court allowed Braswell the opportunity to file a supplemental brief raising any issues not addressed by court-appointed counsel, and subsequently explained why a § 3582(c)(2) proceeding was not the proper vehicle to raise those issues. *Cf. United States v. Maness*, 566 F.3d 894, 897 (9th Cir.2009) (per curiam).

■ Braswell also contends that the district court erred by limiting the issues on resentencing to a consideration of whether and to what extent he was entitled to a sentence reduction under § 3582(c)(2) based upon the revised Guideline and the factors set forth in 18 U.S.C. § 3553(a), and refusing to address his challenges to the original sentencing enhancements and to the sufficiency of the indictment. The district court did not err. By its plain terms § 3582(c)(2) applies only to sen-

tences and not convictions. *See* 18 U.S.C. § 3582(c)(2). In addition, Guideline application decisions unrelated to the amendment remain unaffected by a § 3582(c)(2) motion. *See* U.S.S.G. § 1B1.10(b), cmt. n. 2 (2008).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

